UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THOMAS F. BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| | § | SA-11-CV-00807-FB (HJB) |
| ALAMO COMMUNITY COLLEGE | § | |
| DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## ADVISORY AND ORDER

The purpose of this order is to advise Plaintiff about the necessity of responding to Defendant's Re-Urged Motion to Dismiss (Docket Entry 33). The Motion was filed on July 6, 2012. Under the Local Rules for this district, Plaintiff was required to file a response in opposition to the Motion "not later than fourteen days after the filing of the motion."[1] No response was filed. In light of Plaintiff's *pro se* status, the Court will allow the Plaintiff to file a response to the Motion within seven (7) days of this order. Plaintiff is advised that his failure to file a response outlining the specific facts and law supporting the causes of action outlined in his First Amended Complaint (Docket Entry 32) could result in the Court's granting Defendant's Motion to Dismiss as unopposed.

SIGNED this 30th day of July, 2012.

Henry J. Bemporad
United States Magistrate Judge

---

[1] Local Rule CV-7(e). Plaintiff may find a copy of the Local Civil Rules at: www.txwd.uscourts.gov/rules/online/default.asp

1